UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILLIP G. BROWN,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. C17-1470 RBL

ORDER GRANTING EXTENSION OF TIME TO ANSWER

THIS MATTER comes before the Court on Defendant's unopposed motion for an extension of time in which to file an Answer to the Complaint. The motion is GRANTED. Defendant shall file an Answer no later than January 15, 2018.

Dated this 19th day of December, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING EXTENSION OF TIME TO ANSWER - 1